Filing # 69014872 E-Filed 03/08/2018 04:25:12 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

ROSEMARIE BOWIE,

    Plaintiff,

vs.

    CASE NO.:
    SECTION:

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.
_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, ROSEMARIE BOWIE, sues the Defendant, KOHL'S DEPARTMENT STORES, INC., and alleges as follows:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of attorneys fees and costs.

2. Plaintiff is a resident of Polk County, Florida.

3. Defendant, KOHL'S DEPARTMENT STORES, INC., (hereinafter referred to as "KOHL'S ") is a foreign corporation authorized to do business in the State of Florida.

4. On or about March 14, 2014, Defendant KOHL'S, was the owner of and in possession of a department store building and premises located in Kissimmee, Osceola County, Florida, which was used for the purpose of retail sales.

5.    The KOHL'S department store was open to members of the public who were invited to enter the premises.

6.    At that same time and place, Plaintiff, ROSEMARIE BOWIE, was shopping as a business invitee on the property, when she slipped and fell on a liquid substance on the floor. She attempted to stop her fall and brace herself on a display in the aisle, but the wheels on the display were unlocked and the display which also contributed to her fall.

7.    The liquid substance on the floor had been present at the department store for a sufficient length of time so that the agents and/or employees of KOHL'S knew, or should have known, of the existence of the liquid on the floor. Additionally, the unlocked wheels of the display case were unlocked for a sufficient length of time so that the agents and/or employees of KOHL's knew, or should have known, of the existence of the unlocked display wheels.

8.    Defendant, KOHL'S, owed Plaintiff, ROSEMARIE BOWIE, a duty to exercise reasonable care for her safety and to maintain the aisles and displays in its store in a reasonably safe condition.

9.    At the time of the fall, Plaintiff, ROSEMARIE BOWIE, was in an area accessible to the public and had not exceeded her invitation.

10.   The carelessness and negligence of agents and/or employees of KOHL'S was the sole and proximate cause of the above described incident and resulted in bodily injuries to Plaintiff, ROSEMARIE BOWIE.

2

11. The agents and/or employees of KOHL'S, were negligent and careless in one or more of the following respects:

A. Improper maintenance of the floor and aisles of the store;

B. Improper maintenance of the displays in the store;

C. Failure to exercise reasonable care to protect Plaintiff, ROSEMARIE BOWIE from dangers presented through correction or warning;

D. Failure to properly inspect the store's floors and displays for dangerous conditions such as wet floors and unlocked wheels on displays;

E. Failure to have sufficient personnel to be able to properly inspect the store for dangerous conditions;

F. Failure to follow the applicable federal, state and county safety codes, building codes, standards and statutes.

12. As a result, Plaintiff, ROSEMARIE BOWIE, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money and aggravation of a previously existing condition. These losses are permanent and continuing and Plaintiff will continue to suffer these losses in the future.

3

WHEREFORE, Plaintiff, ROSEMARIE BOWIE, requests a trial by jury on all issues so triable and judgment against the Defendant, KOHL'S DEPARTMENT STORES, INC., for compensatory damages, the costs of this action and any such other and further relief as this Court may deem just and proper.

Dated: March 8, 2018

BRUSH & COYLE, P.A.

*/s/ Timothy O. Coyle*

TIMOTHY O. COYLE, ESQ.
Florida Bar No: 0956368
825 East Main Street
Lakeland, FL 33801
Telephone: (863) 603-0563
Facsimile: (863) 603-0884
Primary Email: tim@brushcoyle.com
Secondary Email: Cassandra@brushcoyle.com
Attorneys for Plaintiff